IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO. 4:02cr25-SPM

RENEE ROOKS CLARK,

    Defendant.
_____/

## ORDER REVOKING BOND

Defendant was sentenced to a term of 10 months imprisonment on April 21, 2008. The Court allowed Defendant to remain on bond until 12:00 p.m. on May 20, 2008, at which time she was to self-surrender to the United States Marshal or to the facility designated by the United States Bureau of Prisons.

Defendant has failed to keep in contact with her mental health counselor, as required by her bond and the conditions of her release. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's bond is revoked and her self-surrender date is rescinded.

2. The United States Marshal shall take Defendant into custody immediately to begin service of her sentence.

DONE AND ORDERED this 6th day of May, 2008.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge